FILED
U.S. DISTRICT COURT
EASTERN DISTRICT

2000 FEB 16 P 4: 29

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SEAR, J.
FEBRUARY 11, 2000

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HAROLD DEE MAGEE                          CIVIL ACTION

VERSUS                                    NO. 00-440

BAY GULF TRADING CO., LTD.                SECTION "G"(2)

### O R D E R

It having come to the attention of the Court that the above

matter is related to a similar proceeding previously pending in

Section "F" of this Court, Civil Action No. 99-2260 (3) Harold Dee

Magee v. Coastal Carriers, Inc., in accordance with Local Rule 3.1;

IT IS ORDERED, that the above matter is transferred to

Section "F" of this Court.

MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

FEB 17 2000

TRANSFERRED TO

SECT F MAG 3

DATE OF ENTRY  FEB 18 2000