

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAROLD DEE MAGEE** | CIVIL ACTION |
| VERSUS | NUMBER: 00-0440 |
| **BAY/GULF TRADING COMPANY, LTD.** | SECTION: "F" (3) |
| | JUDGE:<br>MARTIN L.C. FELDMAN |
| | MAGISTRATE:<br>LANCE M. AFRICK |

### MOTION TO DISMISS OR TRANSFER BASED ON IMPROPER VENUE

NOW INTO COURT comes Bay/Gulf Trading Company, Ltd. (hereinafter "Bay/Gulf") who respectfully requests this Honorable Court to dismiss this action, or in the alternative transfer this action to the Eastern District of Virginia for the reasons set forth more fully in the accompanying Memorandum.

Respectfully submitted:

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
G. EDWARD MERRITT (#9453)
MICHAEL M. BUTTERWORTH (#21265)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Fax: 504/524-3257
Attorneys for Bay/Gulf Trading Company, Ltd.

DATE OF ENTRY
JUN - 5 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U.S. Mail, postage prepaid, this __1__ day of June, 2000.

_____
MICHAEL M. BUTTERWORTH

N:\New Files Folder\327\32745\P\MOTION TO DISMISS(VENUE).wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROLD DEE MAGEE | CIVIL ACTION |
| VERSUS | NUMBER: 00-0440 |
| BAY/GULF TRADING COMPANY, LTD. | SECTION: "F" (3) |
| | JUDGE: MARTIN L.C. FELDMAN |
| | MAGISTRATE: LANCE M. AFRICK |

## O R D E R

IT IS ORDERED that defendant's Motion to Dismiss or Transfer Based on Improper Venue be and is hereby set for ~~hearing at 9:00 o'clock A.M. on~~ *Judge Martin L.C. Feldman* the 21st day of June, 2000, before the Honorable ~~Lance M. Africk~~ *on the papers*.

New Orleans, Louisiana, this 5TH day of June, 2000.

*[signature]*
UNITED STATES DISTRICT JUDGE

N:\New Files Folder\327\32745\P\MOTION TO DISMISS(VENUE).wpd