UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HAROLD DEE MAGEE** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 00-0440** |
| **VERSUS** | * | |
| | * | **SECTION "F"** |
| | * | |
| **BAY/GULF TRADING COMPANY, LTD** | * | **MAGISTRATE:** |
| | * | **LANCE M. AFRICK** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND ORDER FOR CONTINUANCE
## AND REQUEST FOR EXPEDITED CONSIDERATION

**COMES NOW**, Plaintiff, Harold Dee Magee, who moves this Honorable Court for a continuance of the June 21, 2000 hearing date set on Defendant's Motion to Dismiss or Transfer Based on Improper Venue pending the outcome of Plaintiff's Motion for an Order Compelling Discovery scheduled to be heard before the Honorable Lance M. Africk on June 28, 2000, a copy of which is attached hereto as Exhibit "A". This is Plaintiff's first request for a continuance in this matter. Expedited consideration of the request for continuance is warranted for the reason set forth in the attached memorandum. Plaintiff sought the consent of Defendant's counsel to a continuance of the hearing date but Defendant's counsel has refused to give such consent.

Respectfully submitted,

_____
Brainerd S. Montgomery (La. Bar 09567)
Montgomery, Pickren & Barbera, L.L.C.
1010 Common Street, Suite 2900
New Orleans, Louisiana 70112
Telephone: (504) 522-5959
Facsimile: (504) 522-5850

Attorneys for Plaintiff Harold Dee Magee

DATE OF ENTRY
JUN 1 5 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAROLD DEE MAGEE | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0440 |
| VERSUS | * | |
| | * | SECTION "F" |
| | * | |
| BAY/GULF TRADING COMPANY, LTD | * | MAGISTRATE: 2 |

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion and Order for Continuance be and hereby is, granted and that the hearing date on Defendant's Motion to Dismiss or Transfer Based on Improper Venue is continued ~~until the ___ day of ___, 2000.~~ to be renoticed by Counsel.

New Orleans, Louisiana, this 14TH day of June, 2000.

_____
JUDGE

BSM-C:\magee8.doc