

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAROLD DEE MAGEE** | CIVIL ACTION |
| VERSUS | NUMBER: 00-0440 |
| **BAY/GULF TRADING COMPANY, LTD.** | SECTION: "F" (3) |
| | JUDGE:<br>MARTIN L. C. FELDMAN |
| | MAGISTRATE:<br>LANCE M. AFRICK |

### *EX PARTE* MOTION TO
### SUBSTITUTE ORIGINAL AFFIDAVIT

NOW INTO COURT, through undersigned counsel, comes Bay/Gulf Trading Company, Ltd. who respectfully requests this Honorable Court for leave to substitute the attached original Affidavit of Ms. Katherine M. Wright for the fax copy which is Exhibit "1" in Bay/Gulf's Motion to Dismiss or Transfer filed at Court on June 1, 2000.

Opposing counsel has been contacted and has no objection to substituting the original for the fax copy of Ms. Wright's Affidavit.

DATE OF ENTRY
JUN 1 5 2000



Respectfully submitted,

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
G. EDWARD MERRITT, T.A. (#9453)
MICHAEL M. BUTTERWORTH (#21265)
3100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3100
Telephone:   (504) 523-6451
Facsimile:    (504) 524-3257
Attorneys for Bay/Gulf Trading Company, Ltd.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U.S. Mail, postage prepaid, this 12 day of June, 2000.

_____
MICHAEL M. BUTTERWORTH

N:\New Files Folder\327\32745\P\MotionToSubstituteOrigAffidavit.wpd

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAROLD DEE MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 00-0440** |
| **BAY/GULF TRADING COMPANY, LTD.** | **SECTION: "F" (3)** |
| | **JUDGE:**<br>**MARTIN L. C. FELDMAN** |
| | **MAGISTRATE:**<br>**LANCE M. AFRICK** |

**ORDER**

Having reviewed the foregoing *Ex Parte* Motion for Leave to Substitute,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the attached original Affidavit of Ms. Katherine M. Wright dated June 1, 2000, be and the same hereby is made part of the record and the Clerk is directed to substitute the original Affidavit for the fax Affidavit which is Exhibit "1" in defendant Bay/Gulf's Motion to Dismiss or Transfer filed at Court on June 1, 2000.

Done this __14TH__ day of June, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE
MARTIN L. C. FELDMAN

N:\New Files Folder\327\32745\P\MotionToSubstituteOrigAffidavit.wpd