

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAROLD DEE MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 00-0440** |
| **BAY/GULF TRADING COMPANY, LTD.** | **SECTION: "F" (3)** |
| | **JUDGE:** <br> **MARTIN L. C. FELDMAN** |
| | **MAGISTRATE:** <br> **LANCE M. AFRICK** |

### EXPEDITED MOTION FOR RECONSIDERATION

COMES NOW defendant, Bay/Gulf Trading Company, Ltd., who moves this Honorable Court for an expedited reconsideration of its decision to continue the June 21, 2000, hearing date set for defendant's Motion to Dismiss or Transfer Based on Improper Venue for the reasons set forth more fully in the accompanying Memorandum.

Expedited consideration of the request for reconsideration is warranted for the reasons set forth in the attached Memorandum.

DATE OF ENTRY
JUN 2 0 2000

Respectfully submitted,

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
G. EDWARD MERRITT, T.A. (#9453)
MICHAEL M. BUTTERWORTH (#21265)
3100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3100
Telephone:    (504) 523-6451
Facsimile:    (504) 524-3257
Attorneys for Bay/Gulf Trading Company, Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U.S. Mail, postage prepaid, this 15th day of June, 2000.

_____
MICHAEL M. BUTTERWORTH

N:\New Files Folder\327\32745\P\MotionForReconsideration

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAROLD DEE MAGEE** | CIVIL ACTION |
| VERSUS | NUMBER: 00-0440 |
| **BAY/GULF TRADING COMPANY, LTD.** | SECTION: "F" (3) |
| | JUDGE:<br>MARTIN L. C. FELDMAN |
| | MAGISTRATE:<br>LANCE M. AFRICK |

## ORDER

IT IS HEREBY ORDERED that defendant's Expedited Motion for Reconsideration be and hereby is granted and that the hearing date on defendant's Motion to Dismiss or Transfer Based on Improper Venue is reinstated for June 21, 2000.

New Orleans, Louisiana, this_____ day of June, 2000.

*[Handwritten note: DENIED. Defendant's motion for hearing should be renoticed after the magistrate's ruling on this motion to compel set for 6.28.00.]*

N:\New Files Folder\327\32745\P\MotionForReconsideration

_____
HONORABLE MARTIN L. C. FELDMAN
UNITED STATES DISTRICT COURT JUDGE

*[Signed: MLF 6.16.00]*