

MINUTE ENTRY
AFRICK, M.J.
June 23, 2000

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROLD DEE MAGEE | CIVIL ACTION |
| VERSUS | NO: 00-440 |
| BAY/GULF TRADING COMPANY, LTD. | SECTION: "F"(3) |

Before the Court is plaintiff's motion to compel. After speaking with the parties,

IT IS ORDERED that the parties meet relative to the instant motion. The parties should inform the Court by June 28, 2000, whether the motion has been resolved.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 2 6 2000