MINUTE ENTRY
AFRICK, M.J.
JUNE 30, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROLD DEE MAGEE | CIVIL ACTION |
| VERSUS | NO: 00-440 |
| BAY/GULF TRADING COMPANY | SECTION: "F"(3) |

Before the court is plaintiff's motion to compel. The parties have requested that this motion be continued until Wednesday, July 12, 2000.

Accordingly,

IT IS ORDERED that the motion is reset for hearing on July 12, 2000.

LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 3 0 2000