

MINUTE ENTRY
AFRICK, M.J.
July 11, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROLD DEE MAGEE | CIVIL ACTION |
| VERSUS | NO: 00-440 |
| BAY/GULF TRADING COMPANY | SECTION: "F"(3) |

Before the court is plaintiff's motion to compel. The parties have requested that this motion be continued until Wednesday, August 16, 2000.

Accordingly,

IT IS ORDERED that the motion is reset for hearing on Wednesday, August 16, 2000.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUL 1 1 2000