FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 17 PM 5: 26

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
AFRICK, M.J.
July 17, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

HAROLD DEE MAGEE

VERSUS

BAY/GULF TRADING COMPANY

CIVIL ACTION

NO: 00-440

SECTION: "F"(3)

The court has been notified that this case has been settled.

Accordingly,

IT IS ORDERED that the plaintiff's motion to compel, set for hearing on Wednesday, August 16, 2000, is DISMISSED as moot.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUL 1 8 2000

Fee_____
Process____
X/ Dktd ___ 6
___ CtRmDep___
___ Doc. No. 18