```
                                          FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                     2000 JUL 26 PM 3: 55

                                        LORETTA G. WHYTE
                                             CLERK
```

MINUTE ENTRY
FELDMAN, J.
July 26, 2000

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAROLD DEE MAGEE | * | CIVIL ACTION |
| VERSUS | * | NO. 00-440 |
| BAY GULF TRADING COMPANY, LTD., ET AL | * | SECTION "F" |

#### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated by that time. The Court retains jurisdiction for all purposes expressed herein.

DATE OF ENTRY
JUL 2 7 2000

Fee ___
Process ___
X Dktd ___
_ CtRmDep ___
Doc.No. 19

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, July 26, 2000.

                                      MARTIN L. C. FELDMAN
                                  UNITED STATES DISTRICT JUDGE

Brainerd S. Montgomery, Jr., Esquire