

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | | |
|---|---|---|
| **HAROLD DEE MAGEE** | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0440 |
| **VERSUS** | * | |
| | * | SECTION "F" |
| | * | |
| **BAY/GULF TRADING COMPANY, LTD** | * | MAGISTRATE "3" |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

On the motion of the plaintiff, Harold Dee Magee, through his undersigned counsel, and on suggesting to the court that this suit has been compromised and settled by agreement of the litigants and should be dismissed.

**IT IS ORDERED** that the above captioned and numbered suit be and is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, August 21, 2000.

_____
JUDGE

Respectfully submitted,

_____
Brainerd S. Montgomery (La. Bar 09567)
Montgomery, Pickren & Barbera, L.L.C.
1010 Common Street, Suite 2900
New Orleans, Louisiana 70112
Telephone: (504) 522-5959
Facsimile: (504) 522-5850

Attorneys for Plaintiff Harold Dee Magee

DATE OF ENTRY
AUG 2 2 2000

CERTIFICATE OF SERVICE